Rory Leisinger, Esq. (SBN 277476)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400
F: (888) 861-1390
rleisinger@consumerlawcenter.com
Attorneys for Plaintiff,
CARLA PAGLIA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CARLA PAGLIA, | Case No.: 11-cv-08089-RGK -JC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| LEGAL RECOVERY LAW OFFICES, INC, | |
| Defendant. | |

NOW COMES the Plaintiff, CARLA PAGLIA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                        Respectfully Submitted,

DATED: March 1, 2012       KROHN & MOSS, LTD.

                                        By: /s/ Rory Leisinger

                                        Rory Leisinger
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 1, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on March 1, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                      By:    /s/ Rory Leisinger
                              Rory Leisinger, Esq.