JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARLA PAGLIA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )    Case No.: 11-cv-08089-RGK -JC |
| | ) |
| LEGAL RECOVERY LAW OFFICES, INC, | ) |
| | ) |
|     Defendant. | ) |

**[PROPOSED] ORDER OF STIPAULATION TO DISMISS**

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 08, 2012

_____
The Honorable Judge
United States District Judge